Hillsborough North

## Case Summary

**EXHIBIT C**

Case No. 216-2022-CV-00429

| | | |
|---|---|---|
| **Paula Gambeski v UPS Supply Chain Solutions, Inc.** § § § | Location: Judicial Officer: Filed on: | **Hillsborough North** **Delker, N. William** **07/22/2022** |

### Case Information

Case Type: Tort-Wrongful Discharge
Case Status: **07/22/2022** Pending

### Assignment Information

**Current Case Assignment**
Case Number   216-2022-CV-00429
Court         Hillsborough North
Date Assigned 07/22/2022
Judicial Officer  Delker, N. William

### Party Information

**Plaintiff**   **Gambeski, Paula**   **Richards-Stower, Nancy ESQ**
*Retained*
000-000-0000(F)
603-881-3312(W)
nrichardssto@igc.org

**Defendant**   **UPS Supply Chain Solutions, Inc.**   **Caterine, Melinda J. ESQ**
*Retained*
207-775-6407(F)
207-699-1123(W)
mcaterine@littler.com

### Events and Orders of the Court

07/22/2022   Index # 1
Other
*Exhibit A - Charge of Discrimination*
Filed by:   Defendant UPS Supply Chain Solutions, Inc.

07/22/2022   Index # 2
Other
*Exhibit B - Orders of Notice from NH Human Rights*
Filed by:   Defendant UPS Supply Chain Solutions, Inc.

07/22/2022   Index # 3
Complaint - Civil
*Removal from NH Human Rights*
Party:   Defendant UPS Supply Chain Solutions, Inc.

07/25/2022   Index # 4
Appearance
*Nancy Richards-Stower, Esq for Plf*
Party:   Plaintiff Gambeski, Paula

08/29/2022
**Structuring Conference**   (8:00 AM)   (Judicial Officer: Delker, N. William)