UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| PAULA GAMBESKI,<br><br>        Plaintiff,<br><br>v.<br><br>UPS SUPPLY CHAIN SOLUTIONS, INC.,<br><br>        Defendant. | CIVIL ACTION NO. |

**NOTICE TO ADVERSE PARTY OF FILING OF NOTICE OF REMOVAL**

TO:    Nancy Richards-Stower, Esquire
          Law Offices of Nancy Richards-Stower
          136 Portland Street
          Yarmouth, ME 04096

PLEASE TAKE NOTICE THAT Defendant UPS Supply Chain Solutions, Inc. filed a Notice of Removal with respect to the captioned action in the United States District Court for the District of New Hampshire on this 19th day of August, 2022 pursuant to 28 U.S.C. §§ 1441 and 1446. A copy of such Notice is attached.

Dated: August 17, 2022

                                        Respectfully submitted,

                                        UPS SUPPLY CHAIN SOLUTIONS, INC.
                                        By its attorneys,

                                        */s/ Melinda J. Caterine*
                                        Melinda J. Caterine (NH Bar No. 16664)
                                        LITTLER MENDELSON, P.C.
                                        One Monument Square, Suite 600
                                        Portland, ME 04101
                                        Phone: 207.774.6001
                                        mcaterine@littler.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August, 2022, a true and accurate copy of the foregoing pleading, filed through the ECF system, will be sent via first-class mail to:

Nancy Richards-Stower, Esq.
Law Offices of Nancy Richards-Stower
136 Portland Street
Yarmouth, ME 04096

                 */s/ Melinda J. Caterine*
                 Melinda J. Caterine (NH Bar No. 16664)
                 LITTLER MENDELSON, P.C.
                 One Monument Square, Suite 600
                 Portland, ME 04101
                 Phone:  207.774.6001
                 mcaterine@littler.com