UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| PAULA GAMBESKI,<br><br>Plaintiff,<br><br>v.<br><br>UPS SUPPLY CHAIN SOLUTIONS, INC.,<br><br>Defendant. | Civil No. 1:22-cv-00320-LM |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Paula Gambeski and Defendant UPS Supply Chain Solutions, Inc., by their undersigned counsel, hereby stipulate and agree that this action, together with any and all claims asserted in the action, shall be dismissed in its entirety with prejudice and without any assessment by the Court of costs or attorneys' fees and waiving all rights of appeal.

Dated: December 4, 2023

Respectfully submitted,

*Attorneys for Defendant*
*UPS Supply Chain Solutions, Inc.*

*/s/ Melinda J. Caterine*

Melinda J. Caterine (NH Bar No. 16664)
Steven J. Silver (*Pro Hac Vice*)
LITTLER MENDELSON, P.C.
One Monument Square, Suite 600
Portland, ME 04101
Phone: 207.774.6001
mcaterine@littler.com
ssilver@littler.com

*Attorney for Plaintiff*
*Paula Gambeski*

*/s/ Nancy Richards-Stower*

Nancy Richards-Stower
Law Offices of Nancy Richards-Stower
136 Portland Street
Yarmouth, ME 04096
nrichardssto@igc.org

**CERTIFICATE OF SERVICE**

I, Melinda J. Caterine, hereby certify that I electronically filed the foregoing document using the CM/ECF system on the date noted below, which will send notification of such filing to the following:

Nancy Richards-Stower
Law Offices of Nancy Richards-Stower
136 Portland Street
Yarmouth, ME 04096
nrichardssto@igc.org

Dated: December 4, 2023

*/s/ Melinda J. Caterine*
Melinda J. Caterine (NH Bar No. 16664)
LITTLER MENDELSON, P.C.
One Monument Square, Suite 600
Portland, ME 04101
Phone: 207.774.6001
mcaterine@littler.com

*Attorney for Defendant*
*UPS Supply Chain Solutions, Inc.*